Núm. 8500.—Pueblo, apldo. *v.* Quiñones, aplte.—▉▉▉▉▉▉▉▉—Enero 16, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, el apelante fué acusado de un delito de asesinato en primer grado, consistente en haber agredido con una tranca de madera que portaba al ser humano Antero Colón, produciéndole varias heridas en el cráneo, que le causaron la muerte;

Por cuanto, en el acto de la vista del caso, después de haberse constituído el jurado y al serle leída la acusación, el acusado manifestó al Tribunal "que estaría dispuesto a declararse culpable si el fiscal se allanaba a rebajar la calificación del delito a asesinato en segundo grado," a lo cual se allanó el fiscal, procediendo acto seguido el acusado a declararse culpable de asesinato en segundo grado;

Por cuanto, el único error imputado a la corte inferior es el de haber impuesto al acusado una pena de 25 años de presidio; la cual considera el apelante es excesiva;

Por tanto, visto el artículo 202 del Código Penal vigente que autoriza a la corte sentenciadora a castigar el delito de asesinato en segundo grado con pena de presidio "por no menos de diez años, ni más de treinta años," y no apareciendo del récord circunstancia o hecho alguno que nos autorice a intervenir con la discreción de la corte inferior, se desestima el recurso y se confirma la sentencia recurrida.